affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

EDWARD DONLON, Respondent, v. CHARLES BAESZLER and Others, Individually and as Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MORITZ FINKELSTEIN, Respondent, v. LOUIS ROSENBLATT, Appellant.— The attempted appeal from the judgment entered by default herein is dismissed, without costs, on the ground that such a judgment is not appealable under the Code of Civil Procedure, section 1294. The order denying defendant's motion to open his default and to vacate the judgment entered thereon is reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. It appears from the motion papers and the court below has found that the trial counsel for the defendant was actually engaged at the time of the default herein at the trial of a case in the City Court of the City of New York. The defense set up in the answer is not frivolous, as was the defense attempted to be set up in *London* v. *Schneider* (137 N. Y. Supp. 694). This case is not analogous to *Herrington* v. *Davitt* (220 N. Y. 162). That related to a promise made after the composition in bankruptcy was complete and the bankrupt discharged. The promise involved in this action was made to induce the plaintiff to agree to the compromise and accept his share thereunder, and gave him a secret preference. If this defense is true, it will render the notes void. (*Hanover Nat. Bank* v. *Blake*, 142 N. Y. 404, 407; *Bates* v. *Rosenberg*, 121 N. Y. Supp. 335.) Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

FISH & MARVIN, Appellant, v. THE VILLAGE OF SCARSDALE and THE NEW YORK CENTRAL RAILROAD COMPANY, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

EDWARD J. HAVEY, Respondent, v. THE CITY OF MOUNT VERNON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

In the Matter of the Voluntary Intermediate Judicial Settlement of the Account of STANISLAUS P. M. C.. DE RIDDER, as Administrator, etc., of GUILLAUME ALBERT REUSENS, Deceased.— Appeal dismissed on default, with ten dollars costs and disbursements. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

In the Matter of the Application of WILLIAM MCCARTHY, Respondent, for a Writ of Mandamus against the BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant.— Order granting motion for alternative writ of mandamus reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Since the decision of the Special Term the precise question presented has been decided adversely to the relator's claim in the First Department, where it was held that the board of education has power to transfer janitor-engineers from one school to another, " and if that power, used in the exercise of its sound judgment, put the relator in a building where his net compensation was reduced, he cannot complain.

Where a single grade in the classified service has compensation varying with the extent and character of the services to be rendered and the responsibilities to be undertaken, no one in that classification can complain if his financial return varies as his assignment changes." (*Matter of Crosby* v. *Board of Education*, 187 App. Div. 205.) Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concurred.